UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANA GARCIA,

    Plaintiff,

v.     Case No: 8:15-cv-2235-T-36TBM

BAMBOO VILLAS ASSISTED LIVING
FACILITY, LLC,

    Defendant.
_____/

# **O R D E R**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Thomas B. McCoun III on January 12, 2016 (Doc. 20).  In the Report and Recommendation, Magistrate Judge McCoun recommends that the Court grant the parties' Joint Motion for Approval of Settlement Agreement (Doc. 14).  The parties filed a Joint Notice of Non-Objection to Report and Recommendation. (Doc. 21).

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

    **ORDERED AND ADJUDGED**:

    (1)    The Report and Recommendation of the Magistrate Judge (Doc. 20) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

    (2)    The parties' Joint Motion for Approval of Settlement Agreement (Doc. 14) is **GRANTED.**  The Settlement is **APPROVED**, as it constitutes a fair and reasonable resolution of a bona fide dispute.

(3)  This action is **DISMISSED**, with prejudice.

(4)  The Clerk is directed to terminate all pending motions and close this file.

**DONE AND ORDERED** in Tampa, Florida on February 4, 2016.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Thomas B. McCoun III
Counsel of Record